# MOTION DOCKET

**87-339.** State, ex rel. Y & O Coal Co., v. Indus. Comm. *Franklin County*, No. 85AP-470. On request for oral argument. Request denied.

**87-622.** State, ex rel. Eaton Corp., v. Lancaster. In Mandamus and Prohibition. On request for oral argument. Request denied.

Douglas, J., dissents.

**88-205.** State, ex rel. GCC Beverages, Inc., v. Indus. Comm. *Franklin County*, No. 86AP-1119. On request for oral argument. Request denied.

Douglas, J., dissents.

**88-485.** Johnson v. University Hospitals of Cleveland. *Cuyahoga County*, No. 53192. On motion for leave to file *amicus* of Ohio Right to Life Society. Motion granted only with respect to the filing of a brief, but overruled with respect to the request to participate and to present oral argument.

**88-577.** Commerce & Industry Ins. Co. v. Toledo. *Lucas County*, No. L-86-392. On motions to strike. The motion to strike of Columbia Gas of Ohio, Inc. is granted, but the motion to strike of the city of Toledo is overruled.

Sweeney and Holmes, JJ., dissent.

Douglas, J., would deny both motions.

On motion *in limine*. Motion *in limine* granted.

Sweeney, Holmes and Douglas, JJ., dissent.

**88-587.** State v. Quimby. *Columbiana County*, No. 86-C-7. On motion to produce transcript at government expense. Motion denied.

**88-640.** State, ex rel. Diversitech General Plastic Film Div., v. Indus. Comm. *Franklin County*, No. 86AP-864. On motion for leave to file *amicus* of Ohio Chamber of Commerce. Motion denied.

Holmes, Wright and H. Brown, JJ., dissent.

**88-650.** Parma v. Pub. Util. Comm. Appeal from the Public Utilities Commission of Ohio, No. 87-31-GA-GCR. On motion for leave to file *amicus* of city of Highland Heights. Motion granted.

**88-697.** State, ex rel. LaGuta, v. McMackin. *Marion County*, No. 9-87-50. On motion to transfer jurisdiction to federal court. Motion denied.

**88-734.** State v. Murphy. *Franklin County*, No. 86AP-1150. On motion for leave to file *amicus* brief instanter. Motion granted.

**88-1121.** Michaels v. Habuda. *Trumbull County*, No. 3803. On motion for leave to file memorandum in support of jurisdiction instanter. Motion granted.

Moyer, C.J., Locher and Wright, JJ., dissent.

**88-1210.** State, ex rel. White Consolidated Industries, v. Indus. Comm. *Franklin County*, No. 87AP-468. On motion for leave to file notice of appeal instanter. Motion granted.

**88-1312.** State, ex rel. Firestone Tire & Rubber Co., v. Indus. Comm. *Franklin County*, No. 86AP-1120. On motion to consolidate with 87-622, *State, ex rel. Eaton Corp., v. Lancaster*. Motion granted.

**88-1479.** Groves v. Mayfield. *Franklin County*, No. 87AP-597. On motion for leave to file notice of cross-appeal instanter and request for extension of time. Motion granted and extension granted for ten days.

**88-1552.** State v. Spitalieri. *Lake County*, No. 12-104. On motion for leave to file memorandum in support of jurisdiction instanter. Motion granted.

Moyer, C.J., and H. Brown, J., dissent.

**88-1565.** Williams v. Humphreys. *Hocking County*, No. 87CA10. On motion for leave to file memorandum in support of jurisdiction instanter. Motion granted.